## JWL INVESTMENTS, INC. v. GUILFORD COUNTY BD. OF ADJUST.

No. 321P99

Case below: 133 N.C.App. 426

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

## LANE v. R. N. ROUSE & CO.

No. 555P99

Case below: 135 N.C.App. 494

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

## LEFTWICH v. GAINES

No. 442P99

Case below: 134 N.C.App. 502

Petition by defendant (Mary Ann Wray) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999. Petition by defendants (Luther Eugene Gaines and City of Mount Airy) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

## LEWIS v. CRAVEN REG'L MED. CTR.

No. 462PA99

Case below: 134 N.C.App. 438

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 3 February 2000.

## LYNN v. BURNETTE

No. 418PA99

Case below: 134 N.C.App. 731

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 February 2000 for limited purpose of remanding to Court of Appeals for reconsideration in light of *In re Moore*, 306 NC 394, 400 (1982).